**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ROBERT EDWARD THORNTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CV-00203 (WLS) |
| CHEDDAR'S CASUAL CAFE, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On July 13, 2026, Defendant Cheddar's Casual Café, Inc. ("Cheddar's") removed the above-captioned action from the Superior Court of Lowndes County, Georgia, pursuant to the Court's jurisdiction under 28 U.S.C. § 1332. A review of the Notice of Removal (Doc. 1) and its accompanying attachments shows that the Parties conducted significant discovery while the case was still pending in state court. Therefore, the Court desires to hear from the Parties regarding the status of the discovery in this case before entering its initial rules 16 and 26 discovery order and scheduling a discovery conference.

Accordingly, the Parties are **ORDERED** to confer and inform the Court, in writing, of the status of this case **within fourteen (14) days** of the entry of this Order, or **by no later than Tuesday, August 11, 2026**. Specifically, the Parties shall inform the Court of the following: (1) what, if any, discovery remains to be conducted, (2) if such discovery remains, an estimate of how long the Parties anticipate it will take to complete said discovery, and (3) whether the Parties believe a discovery conference is necessary.

**SO ORDERED**, this 28th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**